**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| Ana Alicia Encines Rojas, | ) | |
| Petitioner, | ) | |
| v. | ) | Civil Action No. 26-CV-14175-AK |
| Rodney S. Scott, et al, | ) | |
| Respondent[s]. | ) | |

**ORDER CLOSING CASE**

**ANGEL KELLEY, D.J.**

In accordance with the Court's Order [Dkt. 8] entered on 9/17/2026, it is hereby

**ORDERED** that the above-entitled action be, and hereby is, **CLOSED**.

Dated: 9/29/2026

By the Court,

/s/ Courtney Horvath
Deputy Clerk